523 A.2d 1129

COMMONWEALTH of Pennsylvania

v.

Carlton BAKER, Appellant.

Supreme Court of Pennsylvania.

Argued April 6, 1987.

Decided April 20, 1987.

Thomas I. Puleo, Leonard N. Sosnov, Philadelphia, for appellant.

John W. Packel, Philadelphia, for amicus-Def. Assoc. of Phila.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Harriet Brumberg, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., did not participate in the consideration or decision of this case.